UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DONALD CHRISTOPHER BURGO<br>LA. DOC.#197078 | * <br> * <br> * | CIVIL ACTION NO. 2:15-cv-668<br>SECTION P |
| v. | * <br> * <br> * | JUDGE MINALDI |
| N. BURL CAIN, ET AL | * | MAGISTRATE JUDGE KAY |

*************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 11) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that this instant action is **DISMISSED WITHOUT PREJUDICE** because the instant petition constitutes a second or successive habeas petition within the meaning of 28 U.S.C. § 2244(b) filed without prior authorization of the United States Fifth Circuit Court of Appeals.

**IT IS FURTHER ORDERED** that Burgo's civil rights claims as described herein be **DENIED AND DISMISSED WITHOUT PREJUDICE** to his ability to pursue such claims by filing the appropriate action.

Lake Charles, Louisiana, this ___ day of ____December____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE